UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE GARCIA

                              Plaintiff,

v.

SHELLPOINT MORTGAGE SERVICING, LLC      AFFIDAVIT OF SERVICE

                            Defendant.
-----------------------------------------------------------X

STATE OF NEW YORK    )
COUNTY OF NASSAU    )   S.S.:

      Amanda Bauer, being sworn, says: I am not a party to the action, am over 18 years of age and doing business from Woodbury, New York.

      On May 16, 2019, I served the enclosed summons and complaint, along with the exhibits, via Federal Express and ECF to the Defendant's registered agent for service at:

**Shellpoint Capital LLC**
**140 East 45th Street, 37th Floor**
**New York, NY 10017**

By depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of Federal Express within New York State, addressed to each of the above at the last known address set forth after each name.

                                                       */s/ Amanda Bauer*
                                                       Amanda Bauer

Sworn to before me this 16th
Day of May 2019

/s/ Jaime Rivera LIC# 01RI6339327
Jaime Rivera
NOTARY PUBLIC, NEW YORK

# FedEx Express — Package US Airbill

**FedEx Tracking Number:** 8142 2961 7910
**Form ID No.:** 0200

## From (Please print and press hard.)

- **Date:** 05-16-19
- **Sender's FedEx Account Number:** 3644-4752-3
- **Sender's Name:** Aronow Law P.C.
- **Phone:** (516) 762-6696
- **Company:** 
- **Address:** 20 Crossways Park Drive N. Suite 210
- **City:** Woodbury  **State:** NY  **ZIP:** 11797

**Your Internal Billing Reference:**

## To

- **Recipient's Name:** 
- **Phone:** 
- **Company:** Shellpoint Capital LLC
- **Address:** 140 East 45th Street 37th Fl
- **City:** New York  **State:** NY  **ZIP:** 10017

## 4 Express Package Service

- [ ] FedEx First Overnight
- [x] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

## 5 Packaging

- [x] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

## 6 Special Handling and Delivery Signature Options

- [ ] Saturday Delivery
- [x] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

**Does this shipment contain dangerous goods?**
- [x] No
- [ ] Yes (As per attached Shipper's Declaration)
- [ ] Yes (Shipper's Declaration not required)
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

## 7 Payment — Bill to:

- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

**Total Packages:**  **Total Weight:**  **Total Declared Value:**

644